| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Timmecia Renee Smith |
| Debtor 2 (Spouse, if filing) | n/a |
| United States Bankruptcy Court for the: | Northern District of Alabama |
| Case number | 18-01924-DSC13 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:  2  3  3  7

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | Plan Review 5/26/2018 | (3) | $ 350.00 |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2            **Notice of Postpetition Mortgage Fees, Expenses, and Charges**            page 1

Case 18-01924-DSC13    Doc 29    Filed 07/23/18    Entered 07/23/18 13:08:17    Desc Main
Document    Page 1 of 3

| Debtor 1 | Timmecia Renee Smith | Case number (if known) 18-01924-DSC13 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X /s/Joshua B. White | Date | 07/23/2018 |
|---|---|---|---|
| | Signature | | |

| Print: | Joshua B. White | Title | Attorney for Movant |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| Company | Stephens Millirons, P.C. |
|---|---|
| Address | P.O. Box 307 |
| | Number   Street |
| | Huntsville       AL       35804 |
| | City           State     ZIP Code |
| Contact phone | 256-382-5500 | Email | jwhite@smpclaw.com |

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page **2**

Case No: 18-01924-DSC13

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges, was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 07/23/2018

Chapter 13 Trustee: Bradford W. Caraway
Trustee Address: ctmail@ch13bham.com,
bhamch13@ecf.epiqsystems.com

Debtor's Counsel Name: Thomas W H Buck
Debtor's Counsel Address: gracie@longshorebuck.com

Debtor 1 Name: Timmecia Renee Smith
Debtor 2 Name:
Debtor's Mailing Address: 204 Watson Way
Gardendale, AL 35071

Signature: /s/Joshua B. White
Title: Attorney for Movant
Company: Stephens Millirons, P.C.
Address: P.O. Box 307
Huntsville, AL 35804
Phone: 256-382-5500
Email: jwhite@smpclaw.com