# IN THE UNITED STATES BANKRTUPCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

In Re:                              *

TIMMECIA RENEE SMITH      *      CASE NUMBER: 18-01924

Debtors.                          *

## OBJECTION TO TRUSTEE'S MOTION TO MODIFY CONFIRMED PLAN TO INCREASE PAYMENTS AND REQUEST FOR HEARING

COMES NOW, the Debtor, in the above-styled cause and objects to the Trustee's increase in payments and as grounds therefore, state as follows:

1. Debtor is objecting to the increase in payments as she cannot afford the increase the Trustee is proposing to increase her monthly payments.

2. Debtor is objecting to claim no 1 which was filed as a secured claim and the Debtor surrendered the 2011 Mercedes-Benz in this case.

3. The Debtor has informed her attorney that she contacted the creditor for the 2011 Mercedes-Benz before she filed her chapter 13 and informed them, she would be surrendering the car and to come pick it up. She has also written them by hand written correspondence to pick up this vehicle. This vehicle is still at her residence and has not been picked up by the creditor. The car is in good working condition for said creditor to pick it up. She even offered to take it to them and they said they would pick it up.

4. Debtor request this objection be set for hearing.

**WHEREFORE, PREMISES CONSIDERED**, the Debtor request this Court to allow her to continue to make her current payment and continue with her case according to the confirmation order. Debtors further request that this matter be set for a hearing.

Dated: October 31, 2019

/s/ Thomas W. H. Buck
Thomas W. H. Buck

**OF COUNSEL:**
**THOMAS W. H. BUCK**
2009 Second Avenue North
Birmingham, Alabama 35203
Telephone: (205) 252-7661
Facsimile: (205) 252-0812
tombuck@longshorebuck.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed, and/or via the CM/ECF electronic filing system, this the 31st day of October, 2019.

Bradford W. Caraway
Chapter 13 Trustee
P.O. Box 10848
Birmingham, Alabama 35202

America's First Federal Credit Union
C/O Michael Harrison
Key, Greer, Harrison & Casey
P. O. Box 360345
Birmingham, AL 35236

/s/ Thomas W. H. Buck
**OF COUNSEL**